**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SHAUNDALE BROWN, | No. C 10-4242 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STATE OF CALIFORNIA; COUNTY OF MONTEREY, | |
| Defendants. | |

Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured and ordering plaintiff to file an amended complaint no later than January 28, 2011. The court warned that "[f]ailure to file the amended complaint by the deadline will result in the dismissal of the action." December 16, 2010 Order Of Dismissal With Leave To Amend, p. 4. Plaintiff failed to file an amended complaint and the deadline by which to do so has passed. This action is dismissed for failure to state a claim upon which relief may be granted against a defendant. The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 23, 2011

                                                 SUSAN ILLSTON
United States District Judge