UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SHAUNDALE BROWN, | No. C 10-4242 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA; COUNTY OF MONTEREY, | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted against a defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 23, 2011

_____
SUSAN ILLSTON
United States District Judge